IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40336
Conference Calendar

_____


EDWARD JAMES BREWER,

                                        Plaintiff-Appellant,

versus

L. V. DRUM, Chaplain, ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:96-CV-42
- - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Edward James Brewer, Texas prisoner # 604784, seeks to

appeal in forma pauperis (IFP) the district court's dismissal of

his 42 U.S.C. § 1983 complaint.  Brewer is BARRED from proceeding

IFP under the Prison Litigation Reform Act of 1995 (PLRA)

because, on at least three prior occasions while incarcerated,

Brewer has brought an action or appeal in a United States Court

that was dismissed as frivolous.  See 28 U.S.C. § 1915(g);

Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996); Brewer v.

_____

    [*] Pursuant to 5TH CIR. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. 47.5.4.

Ray, No. 94-10792 (5th Cir. Jan. 30, 1995) (unpublished; district court and this court dismissed as frivolous); Brewer v. Strauss, No. 92-1748 (5th Cir. Feb. 24, 1993) (unpublished; affirmance of district court's dismissal as frivolous).

Accordingly, Brewer's IFP status is DECERTIFIED, and he may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). This appeal is DISMISSED.

Brewer has 15 days from the date of this opinion to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED.